■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GRACE, Appellant. [711 NYS2d 744] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered September 2, 1998, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant failed to raise a nonfrivolous issue in his supplemental *pro se* brief. O'Brien, J. P., Altman, Friedmann, McGinity and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GRANT, Appellant. [712 NYS2d 863] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 2, 1998 (*People v Grant,* 255 AD2d 334), affirming a judgment of the Supreme Court, Suffolk County, rendered May 2, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and Friedmann, JJ., concur.